IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 20-cv-02193 MEH

**Swift Distribution, LLC d/b/a Ultimate Support Systems., a Delaware limited liability company,**

Plaintiff,

v.

**RELIANCE INTERNATIONAL CORP., a Taiwanese corporation**

Defendant.

---

### DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT AND JURY DEMAND
---

Defendant Reliance International Corp. ("Defendant"), by and through their undersigned counsel, THE MATTHEW C. FERGUSON LAW FIRM, P.C., hereby files this Motion for Extension of Time for Defendant to Answer, Move, or Otherwise Respond to the Complaint and Jury Demand ("Motion") in this matter requesting a seven (7) day extension up to and including **October 1, 2020**. As supporting grounds, Defendant states as follows:

### CERTIFICATE PURSUANT TO L. CIV. R. 7.1(a)

1. On September 18, 2020, the undersigned asked Plaintiff's counsel if Plaintiff would agree to the one-week extension.

2. On September 18, 2020, Plaintiff's counsel replied that Plaintiff would agree to the one-week extension if Defendant on the condition that Reliance will not oppose a two-week

extension of time, through and including Oct. 7th, for Ultimate to submit its reply in support of the motion to dismiss pending in the Delaware case.

3. The undersigned does not have the authorization to consent to a two-week extension of time for Plaintiff to submit its reply in support of its motion to dismiss the pending in the Delaware case. Thus, counsel for Plaintiff has not consented to this request for an extension of time for one week.

## CERTIFICATE PURSUANT TO L. CIV. R. 6.1(c)

4. Defendant's counsel are contemporaneously serving this Motion on its client.

5. This is Defendant's first request to extend the deadline to answer, move, or otherwise respond to the complaint.

## PROCEDURAL HISTORY AND FACTUAL BASIS

6. On September 1, 2020, the Court entered the Order granting Defendants' Motion for Substituted Service Upon Defendant Reliance Corp. September 1, 2020, which authorized Plaintiff to "serve Defendant through delivery on counsel of record in the Delaware Action". Order (ECF # 13).

7. Plaintiff served the Complaint and Jury Demand and Summons Defendant's counsel of record in the Delaware action on September 3, 2020. *See* Affidavit of Service – John Garber (ECF # 14); Affidavit of Service – Chris Angel (ECF # 15); Affidavit of Service – Chris Angle (ECF # 16).

8. According to FED. R. CIV. P. 12(a)(1)(A)(i), a Defendant must file and serve a response within 21 days after being served with the summons and complaint.

9. Defendant seeks this extension after running into unexpected delays. Specifically, Defendant's counsel sought emergency injunctive relief in an unrelated matter on Wednesday, September 16, 2020 in the Eagle County District Court of Colorado, and are now preparing for a preliminary injunction hearing likely to be set for September 22 and 23, 2020. Similarly, Defendant's counsel had a 3 week-trial recently moved up one week. It is now set to commence on October 12, 2020. Defendant's counsel are simultaneously preparing for the preliminary injunction hearing, the three-week trial, and responding to the complaint.

10. No other deadline will be impacted by this request.

11. This request for extension of time is in the interest of justice and not made for purposes of delay.

12. Plaintiff will not be prejudiced by this extension of time and, indeed, have consented hereto.

WHEREFORE, Defendant respectfully requests that this Court sets October 1, 2020, as the deadline for Defendant to answer, move or otherwise respond to Plaintiff's Complaint and Jury Demand.

DATED: September 18, 2020

Respectfully submitted,

THE MATTHEW C. FERGUSON LAW FIRM, P.C.
_____/s/ Ryan J. Dougherty_____
Matthew C. Ferguson, #25687
Ryan J. Dougherty, # 46214
119 South Spring, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-6288
E-mail: matt@matthewfergusonlaw.com
E-mail: ryan@matthewfergusonlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 18th day of September 2020, a true and accurate copy of the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT AND JURY DEMAND,** was filed and served via CM/ECF filing system upon following:

**Laura J. Ellenberger**
Wilson Elser Moskowitz Edelman & Dicker LLP-Denver
1225 17th Street
Suite 2750
Denver, CO 80202
303-572-5300
303-572-5301 (fax)
laura.ellenberger@wilsonelser.com

**Robert B. Hinckley, Jr.**
Wilson Elser Moskowitz Edelman & Dicker LLP-Denver
1225 17th Street
Suite 2750
Denver, CO 80202
303-572-5300
303-572-5301 (fax)
robert.hinckley@wilsonelser.com

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

**John Farnsworth**
**Robert Rispoli**
Withers Bergman LLP
157 Church Street, 12th Floor
New Haven, CT 06510-2100

                                          */s/ Ryan J. Dougherty*
                                          Ryan J. Dougherty